Lewis Farquharson and others,    *Appellants,*

against

Jacob Mabee and others,          *Respondents.*

Farquharson
v.
Mabee.

THE respondents, in their answer to the petition of appeal, in this cause, consented that the orders of the court of chancery, complained of by the appellant, should be reversed, the plea and demurrer allowed, and the bill dismissed, with costs.

*Hoffman,* for the appellant, thereupon moved, that the respondents should be ordered to pay a sum to the appellants, to indemnify them for the costs and expenses attending the appeal.

*Per Curiam.* In the case of *Le Guen* v. *Gouverneur &* *Kemble,** the question of costs on appeals was much discussed, and it was settled, that no costs are to be allowed, on the reversal of a decree. The bill must be dismissed with the costs in the court below ; and each party must pay his own costs in this court.

No costs are allowed the appellant, in this court, on a *reversal* of a decree of the court below.